# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Javier Bejarano-Pina**<br>DOB: 1991; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-08851 MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(2)(B)(ii) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 6, 2019, at or near Naco, in the District of Arizona, **Javier Bejarano-Pina**, did knowing or in reckless disregard of the fact that certain aliens, including Joeddy Garcia-Silva, Ma Guadalupe Sanchez-Compuzano, Yenifer Antonio-Salazar, and Jhontoby Casimiro-Bruno, had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section § 1324(a)(2)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about May 6, 2019, at or near Naco, in the District of Arizona, United States Border Patrol Agents (BPA) responded with a service canine to a sensor activation approximately 1.6 miles from the International Boundary Fence (IBF). BPA arrested a group of five subjects and determined that they were in the United States illegally. **Javier Bejarano Pina** was identified as the possible foot guide.

Material witnesses Joeddy Garcia-Silva, Ma Guadalupe Sanchez-Compuzano, Yenifer Antonio-Salazar, and Jhontoby Casimiro-Bruno stated that they or family members had made arrangements to be smuggled into the United States for money. Antonio stated that they crossed the IBF in a group of four. Casimiro stated that he was in a group of six and the sixth person was the guide who got away from BPA. Sanchez, Antonio, and Garcia identified **Bejarano** as the man who was walking at the front of the group. Sanchez stated **Bejarano** was the one taking them. Antonio stated that **Bejarano** was the only one receiving instructions over the phone. Garcia stated that **Bejarano** told him to lie to BPA about who was guiding the group before they crossed the border.

In a post-*Miranda* statement, **Bejarano** claimed that there was a sixth person in the group who was the guide who got away without apprehension. **Bejarano** claimed that he needed to make it across the border before his toll payment to the mafia expired.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Joeddy Garcia-Silva, Ma Guadalupe Sanchez-Compuzano, Yenifer Antonio-Salazar, and Jhontoby Casimiro-Bruno

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW | SIGNATURE OF COMPLAINANT<br><br>*/s/* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 7, 2019 |

See Federal rules of Criminal Procedure Rules 3 and 54